**FILE COPY**



| | | |
|---|---|---|
| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | VIVIAN LONG<br>Clerk |
| JAMES T. CAMPBELL<br>Justice | | |
| MACKEY K. HANCOCK<br>Justice | Seventh District of Texas<br>Potter County Courts Building<br>501 S. Fillmore, Suite 2-A<br>Amarillo, Texas 79101-2449<br>www.txcourts.gov/7thcoa.aspx | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540<br><br>(806) 342-2650 |
| PATRICK A. PIRTLE<br>Justice | | |

December 31, 2014

Honorable Jay A. Bender
Judge, County Court at Law No. 6
2100 Bloomdale Rd, Ste 30354
McKinney, TX 75071
* DELIVERED VIA E-MAIL *

Stacey Kemp
Collin County Clerk
2100 Bloomdale Rd., Suite 12165
McKinney, TX 75071
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00439-CR, Trial Court Case Number: 006-87832-2013
**Style:** Jesus Lopez Raymundo v. The State of Texas

Dear Judge and Clerk:

The clerk's record in the referenced appeal has been filed. The record does not contain a certification of the defendant's right of appeal **signed by the defendant**. *See* TEX. R. APP. P. 25.2, **as amended September 1, 2007**.

In accordance with TRAP 37.1, an amended certification of defendant's right of appeal is to be filed with the trial court clerk within 30 days of the date of this letter.

If the amended certification is filed, the trial court clerk is directed to file a supplemental record which includes the amended certification of defendant's right of appeal. The supplemental record is to be filed with the appellate clerk within 15 days from the date the amended certification is filed with the trial court clerk.

If an amended certification of defendant's right of appeal is not filed within 30 days of the date of this letter, the trial court clerk is directed to so notify the appellate clerk on or before 45 days from the date of this letter, and the matter will be referred to the appellate court for appropriate order. *See* TRAP 34.5(c), 37.1.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Charles Pelowski (DELIVERED VIA E-MAIL)
John R. Rolater Jr. (DELIVERED VIA E-MAIL)
Jennifer Corley (DELIVERED VIA E-MAIL)